**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  Noel        Patrick      E.
      (Last)       (First)      (Initial)

Prisoner Number  V88778   U.S.P - SACRAMENTO

Institutional Address  PO Box 290066, Represa, CA. 95671-0066

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK E. NOEL
(Enter the full name of plaintiff in this action.)

vs.

JAMES WALKER, WARDEN

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 3777

(To be provided by the clerk of court)

PETITION FOR A WRIT (PR)
OF HABEAS CORPUS

E-filing

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1 | **Who to Name as Respondent**

2 | You must name the person in whose actual custody you are. This usually means the Warden or
3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 | respondents.

6 | If you are not presently in custody pursuant to the state judgment against which you seek relief
7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 | custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9 | was entered.

**A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE**

1. What sentence are you challenging in this petition?

    (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):
    Mendocino County Courts    Ukiah, CA.
    Court                      Location

    (b) Case number, if known   CR-04-58628002

    (c) Date and terms of sentence   7/22/2005 -- 41 years

    (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)   Yes  X   No ___
    Where?
    Name of Institution: Cal. State Prison, Sacramento
    Address: PO Box 290066, Represa, CA. 95671-0066

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)
Cal. Pen. Code secs. 664/187, 186.22(a), 245(b) (2 counts),
273a(a) (2 counts), 207 (2 counts), Veh. Code sec. 10851

PET. FOR WRIT OF HAB. CORPUS         - 2 -

3. Did you have any of the following?

    Arraignment:    Yes _X_    No ___

    Preliminary Hearing:    Yes _X_    No ___

    Motion to Suppress:    Yes ___    No _X_

4. How did you plead?

    Guilty ___    Not Guilty _X_    Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _X_    Judge alone ___    Judge alone on a transcript ___

6. Did you testify at your trial?    Yes ___    No _X_

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment    Yes _X_    No ___

    (b)    Preliminary hearing    Yes _X_    No ___

    (c)    Time of plea    Yes _X_    No ___

    (d)    Trial    Yes _X_    No ___

    (e)    Sentencing    Yes _X_    No ___

    (f)    Appeal    Yes _X_    No ___

    (g)    Other post-conviction proceeding    Yes ___    No _X_

8. Did you appeal your conviction?    Yes _X_    No ___

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal    Yes _X_    No ___

        Year: _2007_    Result: _Affirmed_

        Supreme Court of California    Yes _X_    No ___

        Year: _2007_    Result: _Review denied_

        Any other court    Yes ___    No _X_

        Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | petition? | Yes _X_ | No ____ |
|   | (c) | Was there an opinion? | Yes _X_ | No ____ |
|   | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
|   |   |   | Yes ____ | No _X_ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes _X_   No ____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

   (a)   If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

   I.   Name of Court: Mendocino County Courts

        Type of Proceeding: Habeas Corpus

        Grounds raised (Be brief but specific):

        a. CALJIC No. 2.83 -- 6th and 14th amendments

        b. Jury Misconduct -- 6th and 14th amendsments

        c. Ineffective Assistance of Counsel -- 6th, 14th

        d. _____

        Result: Denied                    Date of Result: 5/6/2008

   II.  Name of Court: _____

        Type of Proceeding: _____

        Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

1  a._____
2  b._____
3  c._____
4  d._____
5  Result: _____ Date of Result:_____

III. Name of Court: _____
Type of Proceeding: _____
Grounds raised (Be brief but specific):
a._____
b._____
c._____
d._____
Result: _____ Date of Result:_____

IV. Name of Court: _____
Type of Proceeding: _____
Grounds raised (Be brief but specific):
a._____
b._____
c._____
d._____
Result: _____ Date of Result:_____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____   No  X

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1 need more space. Answer the same questions for each claim.

2 [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Denial of motion to dismiss gang charge and enhancement violated Due Process

Supporting Facts: trial court denied pretrial motion to dismiss gang charge and enhancement but later granted new trial motion as to enhancement, finding insufficient evidence. Admission of gang evidence rendered trial unfair.

Claim Two: Attempted murder conviction is not supported by sufficient evidence, violating Due Process.

Supporting Facts: Evidence of shooter's identity was equivocal and inconsistent with physical evidence. Even if petitioner was the shooter, there was insufficient evidence of intent to kill.

Claim Three: Gang offense is not supported by sufficient evidence violating Due Process.

Supporting Facts: Gang enhancement was dismissed after trial court found insufficient evidence and partially granted new trial motion. No gang related offense was proven.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

PET. FOR WRIT OF HAB. CORPUS        - 6 -

NOEL, PATRICK E.                                                     PAGE 6-A
ATTACHMENT TO PETITION FOR WRIT OF HABEAS CORPUS

CLAIM FOUR: The evidence is insufficient to sustain two convictions for violating Penal Code section 273a(a) because there was only one continuous course of conduct.

SUPPORTING FACTS: Raylene Dondero testified that she and her daughter were in her vehicle with petitioner when he shot a gun into the floorboard of her vehicle then immediately pointed the gun at her leg.

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Jackson v. Virginia (1979) 443 U.S. 307;
People v. Castaneda (2000) 23 Cal.4th 743;
In re Jose P. (2003) 106 Cal.App.4th 458

Do you have an attorney for this petition?    Yes____   No  X

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 7-24-08                                         /s/ Patrick E. Neal
             Date                                          Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -



**Randi Covin**
Attorney at Law
4100 Redwood Rd., Suite 396
Oakland, CA. 94619
Telephone: (510) 530-8579
Facsimile: (510) 530-8573

RECEIVED

AUG 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102