**FILED**
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK E. NOEL V88778 )
                        )  CV 08 -3777
             Plaintiff, )  CASE NO.: _____
                        )
     vs.                )  PRISONER'S
                        )  APPLICATION TO PROCEED (PR)
JAMES WALKER, WARDEN    )  IN FORMA PAUPERIS
                        )
             Defendant. )
_____)

I, PATRICK E. NOEL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 1 -

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _____
4 | _____
5 | _____

6 | 2.  Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:

8     a.    Business, Profession or            Yes ___ No _X_
9             self employment

10    b.    Income from stocks, bonds,        Yes ___ No _X_
11             or royalties?

12    c.    Rent payments?                    Yes ___ No _X_

13    d.    Pensions, annuities, or             Yes ___ No _X_
14             life insurance payments?

15    e.    Federal or State welfare payments,   Yes ___ No _X_
16             Social Security or other govern-
17             ment source?

18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____

22 | 3.  Are you married?                          Yes ___ No _X_
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____ Net $_____
27 | 4.  a.  List amount you contribute to your spouse's support : $ _____
28 |      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.  Do you own or are you buying a home?          Yes ___  No _X_
6  Estimated Market Value: $ __NA__  Amount of Mortgage: $ __NA__
7  6.  Do you own an automobile?                    Yes ___  No _X_
8  Make __NA__  Year __NA__  Model __NA__
9  Is it financed? Yes ___  No _NA_  If so, Total due: $ __NA__
10 Monthly Payment: $ _0_
11 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: __NA__
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No ___ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No ___
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ _0_                                Utilities: _0_
21 Food: $ _0_                                Clothing: _0_
22 Charge Accounts: NA
23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 _____          $ _____          $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 3 -

1 | _Restitution_
2 |
3 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in
4 | other lawsuits?                                              Yes ___  No _X_
5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6 | they were filed.
7 |
8 |
9 |        I consent to prison officials withdrawing from my trust account and paying to the court the
10 | initial partial filing fee and all installment payments required by the court.
11 |        I declare under the penalty of perjury that the foregoing is true and correct and understand
12 | that a false statement herein may result in the dismissal of my claims.
13 |
14 | _7-21-08_                              _Patrick E. Noel_ (signature)
15 |        DATE                                 SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____                    - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Patrick E. Noel  for the last six months at V88778 [prisoner name]

CSP-SACRAMENTO  where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 22.88  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 25.82 .

Dated: 7/22/08

_____
[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                   CALIFORNIA DEPARTMENT OF CORRECTIONS             REPORT DATE: 07/22/08
                                          CALIF STATE PRISON SACRAMENTO                    PAGE NO:           1
                                          INMATE TRUST ACCOUNTING SYSTEM
                                          INMATE TRUST ACCOUNT STATEMENT

                              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCOUNT NUMBER  : V88778                                    BED/CELL NUMBER: FSA 0000000100L
ACCOUNT NAME    : NOEL, PATRICK EVERETT                     ACCOUNT TYPE: I
PRIVILEGE GROUP : D

                                         TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE    DESCRIPTION         COMMENT         CHECK NUM    DEPOSITS    WITHDRAWALS      BALANCE
----  ----    -----------         -------         ---------    --------    -----------      -------
01/01/2008    BEGINNING BALANCE                                                                 0.12
01/08*DD30   CASH DEPOSIT         MR4991/ROC                     11.25                         11.37
01/15 W502   POSTAGE CHARG        702005 LEG                                     0.80          10.57
02/01 W536   COPAY CHARGE         702186CPAY                                     5.00           5.57
02/22*DD30   CASH DEPOSIT         MR5201/ROC                     13.50                         19.07
02/26*DD30   CASH DEPOSIT         702450/ROC                     22.50                         41.57
03/19 W521   FUND RAISER C        702741FNDR                                    31.00          10.57
03/20 W536   COPAY CHARGE         702767MCPY                                     5.00           5.57
04/22 FC01   DRAW-FAC 1           703147ADSG                                     5.57           0.00
05/16*DD30   CASH DEPOSIT         MR8619-ROC                     45.00                         45.00
05/16 W536   COPAY CHARGE         703455MCPY                                     5.00          40.00
05/16 W536   COPAY CHARGE         703557                                         0.17-         40.17
06/27 FR01   CANTEEN RETUR        703557                                        32.89           7.28
06/27 FC01   DRAW-FAC 1           703555ADSG                                     1.82           5.46
06/27 W502   POSTAGE CHARG        703576 LEG                                     1.82           3.64
06/27 W502   POSTAGE CHARG        703576 LEG                                     1.82           1.82
06/27 W502   POSTAGE CHARG        703576 LEG                                     1.82           0.00
06/24 FR01   CANTEEN RETUR        703871                                         0.69-          0.69
07/11*DD30   CASH DEPOSIT         MR3571-ROC                     45.00                         45.69
07/16 W502   POSTAGE CHARG        800177 LEG                                     2.19          43.50
07/16 W502   POSTAGE CHARG        800177 LEG                                     2.19          41.31
07/16 W502   POSTAGE CHARG        800177 LEG                                     2.19          39.12
07/16 W502   POSTAGE CHARG        800177 LEG                                     2.19          36.93
07/16 W502   POSTAGE CHARG        800177 LEG                                     2.19          34.74
07/16 W516   LEGAL COPY CH        800186 SUP                                     0.60          34.14
07/16 W516   LEGAL COPY CH        800276 SUP                                     0.60          33.54
07/22 W516   LEGAL COPY CH        800276COPY                                    12.00          21.54

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/22/05                          CASE NUMBER: CR0458628
COUNTY CODE: MEN                                  FINE AMOUNT: $   8,200.00

  DATE         TRANS.   DESCRIPTION                    TRANS. AMT.           BALANCE
  ----         ------   -----------                    -----------           -------
01/01/2008              BEGINNING BALANCE                                   7,930.00
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/22/08
                           CALIF STATE PRISON SACRAMENTO                 PAGE NO:       2
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCT: V88778        ACCT NAME: NOEL, PATRICK EVERETT          ACCT TYPE: I

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/22/05                          CASE NUMBER: CR0458628
COUNTY CODE: MEN                                  FINE AMOUNT: $    8,200.00

 DATE     TRANS.   DESCRIPTION                         TRANS. AMT.       BALANCE
 ----     ------   -----------                         -----------       -------
01/08/08   DR30    REST DED-CASH DEPOSIT                   12.50-       7,917.50
02/22/08   DR30    REST DED-CASH DEPOSIT                   15.00-       7,902.50
02/26/08   DR30    REST DED-CASH DEPOSIT                   25.00-       7,877.50
05/16/08   DR30    REST DED-CASH DEPOSIT                   50.00-       7,827.50
07/11/08   DR30    REST DED-CASH DEPOSIT                   50.00-       7,777.50

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS    BALANCE    BALANCE     TO BE POSTED
---------    ---------    -----------   --------    -------     ------------
    0.12       137.25        115.83       21.54        0.00           0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ---------
                                                       21.54
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE