**FILED**

AUG 7 2008

RICHARD W. WIEKING
NO. CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PATRICK E. NOEL
2  Pro Se Petitioner
   V88778
3  CSP Sacramento
4  PO Box 290066
5  Represa, CA. 95671-0066

CV 08 3777

E-filing

MHP

6

7

8              UNITED STATES DISTRICT COURT          (PR)

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ────────────────────────────────    ) Mendocino County
12  PATRICK E. NOEL,                     ) No. CR-04-58628002
                                         )
13          Petitioner,                  ) Appeal No. A110859
14                                       )
15          v.                           ) California Supreme Court
                                         ) No. S151361
16  JAMES WALKER, WARDEN,                )
17                                       ) **REQUEST FOR**
            Respondents.                 ) **APPOINTMENT OF**
18                                       ) **COUNSEL**
19                                       )
20  ────────────────────────────────    )

21          **REQUEST FOR APPOINTMENT OF COUNSEL**

22      Petitioner, PATRICK E. NOEL, moves the Court for an order appointing

23

24  counsel at public expense. 28 U.S.C. §§ 1915(e)(1), 2254(h); 18 U.S.C. § 3006A.

25      Petitioner is indigent and was represented by appointed counsel in the state

26

27  court proceedings.

28

-1-

1    Counsel should be appointed in this Court because the issues in this case are

2
3    too complex for an untrained, pro se petitioner to adequately address. Petitioner

4    has no legal training or experience and does not believe he can competently

5    represent himself before this Court.

6
7    The petition, motion to hold proceedings in abeyance, and this motion were

8    prepared by attorney, Randi Covin, who agreed to assist petitioner with his Pro Se

9
10    pleadings for a small fee paid by petitioner's mother. But neither petitioner nor

11    his mother can pay Ms. Covin or any attorney enough to represent petitioner in

12
13    this action and Ms. Covin is unable to represent petitioner without compensation.

14    Petitioner could not have adequately prepared these documents and will not be

15    able to respond to any answer by respondents. Petitioner, therefore, requests that

16
17    the Court appoint an attorney to represent him.

18    I declare under penalty of perjury that the foregoing is true and correct.

19
20    Executed this 24 day of July, 2008, at Represa, California.

21

22

23                                     PATRICK E. NOEL

24                                     Pro Se Petitioner

25

26

27

28

-2-

1    I, RANDI COVIN , declare:

2
3    1.    I am an attorney licensed to practice in the State of California and in

4    this Court. My practice consists almost entirely of indigent criminal appeals and

5
6    writs in California.  In the last few years, I have begun assisting some of my state

7    appeal clients with their federal habeas pleadings for modest fees paid by their

8    families.  I find this is a valuable service to criminal defendants who cannot afford
9
10    full representation in federal court and would otherwise be entirely on their own.

11    2.    In March 2008, petitioner's mother contacted me and paid me a small

12
13    amount of money to help petitioner with his Pro Se pleadings.   After some

14    investigation, I assisted petitioner with the preparation of his petition, motion to

15    stay and abey and this request. Petitioner's mother told me she is unable to pay
16
17    me or any attorney enough to represent petitioner as counsel of record.

18    3.    I am a sole practitioner struggling to make a living doing California indigent

19
20    appeals and I cannot afford to provide additional legal services to Mr. Noel

21    without compensation.  I do not believe Mr. Noel will be able to effectively

22    represent himself without assistance.
23

24    ///

25    ///
26

27    //

28

-3-

1       I declare under penalty of perjury under the laws of the state of California

2

3 that the foregoing is true and correct. Executed this 8th day of July, 2008, at

4 Oakland, California.

5

6

7                         RANDI COVIN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28