FILED

AUG  7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 PATRICK E. NOEL,                         No. _____

2 Pro Se Petitioner

3 V88778                          CV  08   3777
  CSP Sacramento

4 PO Box 290066

5 Represa, CA. 95671-0066                       MHP

6                    E-filing

7                                              (PR)

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                      ) Mendocino County

12 PATRICK E. NOEL,                     ) No. CR-04-58628002
                                        )
13            Petitioner,               ) Appeal No. A110859
                                        )
14                                      )
                                        ) California Supreme Court
15            v.                        ) No. S151361
                                        )
16 JAMES WALKER, WARDEN,                )
                                        )
17                                      ) **MOTION TO HOLD**
            Respondents.                ) **PROCEEDINGS IN**
18                                      ) **ABEYANCE;**
                                        ) **POINTS AND**
19                                      ) **AUTHORITIES**
20

21        **MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

22
          Pro Se Petitioner PATRICK E. NOEL, having duly filed a petition for writ
23

24 of habeas corpus in the above-entitled action pursuant to 28 U.S.C. sec. 2254,

25
   hereby moves the Court to hold further proceedings in abeyance pending the
26

27 decision of the California Supreme Court on a petition for writ of habeas corpus to

28

                                 -1-

1    be filed with that court shortly, and a copy of which shall be served on the clerk of

2

3    this court.

4    **MEMORANDUM OF POINTS AND AUTHORITIES**

5

6    In *Rhines v. Weber* (2005) 544 U.S. 269, 278, the Supreme Court held that a

7    District Court should stay a petition for writ of habeas corpus containing both

8    exhausted and unexhausted claims ("a mixed petition") if the petitioner had good

9

10    cause for the failure to completely exhaust all claims; the unexhausted claims are

11    potentially meritorious; and there is no indication the petitioner engaged in

12

13    dilatory tactics.  This case satisfies *Rhines* and petitioner's request for stay should

14    be granted.

15    As the attached declaration makes clear, petitioner was represented by

16

17    appointed appellate counsel in state court.  Appointed counsel raised the four

18    claims raised in this petition, which have been fully exhausted in state court.

19

20    Petitioner believes that three additional claims are meritorious and has already

21    presented the three new claims to the Mendocino County Courts, which denied his

22

23    petition for writ of habeas corpus on May 6, 2008.  The same three additional

24    claims will be presented to the California Supreme Court imminently.  Petitioner

25    does not want to delay the filing of his petition for writ of habeas corpus in this

26

27    Court given the requirements of the Anti-Terrorism and Effective Death Penalty

28    Act of 1996 ("AEDPA").

-2-

1    Petitioner has shown good cause under *Rhines*.  Petitioner is pursuing the

2

3    unexhausted claims with reasonable diligence.  The unexhausted claims are

4    potentially meritorious.  Finally there is no indication that petitioner has engaged

5    in dilatory tactics. On the contrary, petitioner has pursued all of his claims

6

7    diligently.  Petitioner has no reason to delay.  He is not avoiding a death sentence.

8    Rather he seeks reversal and/or reduction of his 41-year state prison sentence and

9

10   is anxious for his claims to be litigated.  For all of these reasons, petitioner's

11   request for a stay should be granted and the proceedings should be held in

12

13   abeyance pending exhaustion of his unexhausted claims.

14   DATED: July 24 , 2008                    Respectfully submitted,

15

16

17

         PATRICK E. NOEL
18       Pro Se Petitioner

19

20

21

22

23

24

25

26

27

28

-3-

1

2

3         I, PATRICK E. NOEL, declare:

      1.     I am the petitioner in this matter. I was convicted in Mendocino

4   County case No. CR-04-58628002, on July 22, 2005, and my Petition for Review

5

6   was denied by the California Supreme Court on May 23, 2007. During the appeal

7   I urged my appointed attorney, Judith Kahn, to raise additional appellate issues on

8   my behalf, including the three additional claims still pending in state court. Ms.

9

10  Kahn refused.

11        2.     I am indigent and cannot hire an attorney to represent me in this

12

13  Court or in further state court post-conviction proceedings. However, my mother

14  was able to provide a small amount of money to hire Randi Covin, California State

15  Bar No. 168422, to assist me with my Pro Se pleadings. Ms. Covin completed her

16

17  evaluation of my case in March 2008 and I filed a petition for writ of habeas

18  corpus in the Mendocino County Courts in early April 2008, raising the three new

19

20  claims. My petition was denied on May 6, 2008. The new claims will be

21  presented to the California Supreme Court as soon as possible.

22        I declare under penalty of perjury under the laws of the state of California

23

24  that the foregoing is true and correct. Executed this _27_ day of July, 2008, at

25  Represa, California.

26                                           PATRICK E. NOEL

27

28

-4-