PATRICK E. NOEL
Pro Se Petitioner
V88778
CSP Sacramento
PO Box 290066
Represa, CA. 95671-0066

No. _____

CV 08 3777 MHP (PR)

**E-filing**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK E. NOEL,

    Petitioner,

v.

JAMES WALKER, WARDEN,

    Respondents.

) Mendocino County
) No. CR-04-58628002
)
) Appeal No. A110859
)
) California Supreme Court
) No. S151361
)
)
)
)

**DECLARATION OF SERVICE**

-1-

## DECLARATION OF SERVICE

I, Randi Covin, declare that I am over 18 years of age and not a party to this action. My business address is 4100 Redwood Rd., Suite 396, Oakland, CA. 94619. On July 30, 2008, I served true and correct copies of **PETITION FOR WRIT OF HABEAS CORPUS AND MOTION TO HOLD PROCEEDINGS IN ABEYANCE** on:

California Attorney General
455 Golden Gate Ave.,
Suite 11000
San Francisco, CA. 94102

by depositing such copies in the U.S. Mail, addressed as indicated above, postage pre-paid, at Oakland, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 30, 2008, at Oakland, California.

Randi Covin