UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK E. NOEL,<br><br>       Petitioner,<br><br>    v.<br><br>GREG LEWIS, Warden,<br><br>       Respondent.<br>_____ / | No. C-08-3777 EMC (PR)<br><br>**ORDER RE STATUS REPORT** |

This Court granted Petitioner conditional habeas relief on one of his state convictions (Cal. Penal Code section 186.22(a)) and remanded the matter to the state court of conviction (the Mendocino County Superior Court) for resentencing. In the remand order, which was dated June 8, 2015, the Court instructed Respondent to file a status report "when the state superior court resentences petitioner, or within 180 days of this order, whichever is earlier." More than 180 days have passed. Respondent shall file a status report on or before March 1, 2016. Petitioner's attorney is encouraged, but not required, to file a status report also.

The Clerk shall send a copy of this order to Petitioner, Petitioner's counsel, and Respondent.

IT IS SO ORDERED.

Dated: January 20, 2016

_____
EDWARD M. CHEN
United States District Judge